

FILED
SEP 3 0 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>    v.<br><br>ALFONSO RUIZ PANG,<br><br>        Defendant. | Case No. 19cr3840-AJB<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Sec. 641 —<br>**Receipt, Concealment, and Retention of Stolen Public Money** |
|---|---|

The United States Attorney charges:

Count 1

From November 17, 2016 through September 20, 2018, within the Southern District of California, defendant ALFONSO RUIZ PANG, did knowingly receive, conceal, and retain money in excess of $1,000 belonging to a department and agency of the United States, namely, $63,485.79 in Social Security Widow's Benefits intended for G.P.W., knowing that the money had been stolen from the Social Security Administration, with the intent to convert the money to his own use or gain; all in violation of Title 18, United States Code, Section 641.

DATED: September 30, 2019.

ROBERT S. BREWER, JR.
United States Attorney

Jeffrey D. Hill
Special Assistant U.S. Attorney