UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>ALFONSO RUIZ PANG,<br><br>                          Defendant. | Case No.:  19cr3840 AJB<br><br>**ORDER ACCEPTING GUILTY PLEA** |

   No objections having been filed, IT IS ORDERED that the Findings and Recommendation of Magistrate Judge Berg are adopted and this Court accepts defendant's PLEA OF GUILTY to count 1 of the Information filed September 30, 2019.

   IT IS SO ORDERED.

Dated:  October 21, 2019

_____
Hon. Anthony J. Battaglia
United States District Judge